IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Case No. 07-cv-02542-WDM-MEH

DEBRA NECAS,

      Plaintiff,

  v.

GENERAL ELECTRIC COMPANY, et al.,

      Defendants.

_____

## ORDER OF RECUSAL
_____

Pursuant to 28 U.S.C. § 455, the undersigned recuses himself for service in the above captioned matter because he has an ownership interest in one of the defendant corporations and directs that this case be returned to the Clerk for reassignment by random draw.

DATED at Denver, Colorado, on December 20, 2007.

BY THE COURT:


s/ Walker D. Miller
United States District Judge