IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-02542-REB-MEH

DEBRA NECAS,

    Plaintiffs,

v.

GENERAL ELECTRIC COMPANY,
GE HEALTHCARE, INC.,
GE HEALTHCARE, AS,
TYCO INTERNATIONAL (US), INC.,
TYCO HEALTHCARE GROUP, LP, and
MALLINCKRODT, INC.,

    Defendants.

## ORDER OF DISMISSAL AS TO DEFENDANTS
## TYCO INTERNATIONAL (US), INC. AND TYCO HEALTHCARE GROUP, LP

**Blackburn, J.**

The matter before the court is the **Stipulated Notice of Dismissal of Tyco International (US), Inc. and Tyco Healthcare Group, LP** [#30], filed January 29, 2008. After careful review of the notice and the file, the court has concluded that the notice should be approved and that plaintiff's claims against defendants, Tyco International (US), Inc., and Tyco Healthcare Group, LP, should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Notice of Dismissal of Tyco International (US), Inc. and Tyco Healthcare Group, LP** [#30], filed January 29, 2008, is **APPROVED**;

2. That plaintiff's claims against defendants, Tyco International (US), Inc., and Tyco Healthcare Group, LP, are **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That defendants, Tyco International (US), Inc., and Tyco Healthcare Group, LP, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated January 30, 2008, at Denver, Colorado.

**BY THE COURT:**

s/ Robert E. Blackburn
**Robert E. Blackburn**
**United States District Judge**