IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02542-REB-MEH

DEBRA NECAS,

    Plaintiff,

v.

GENERAL ELECTRIC COMPANY,
GE HEALTHCARE, INC.,
GE HEALTHCARE, AS, and
MALLINCKRODT, INC.,

    Defendants.

---

**ORDER ON DEFENDANTS' MOTION TO STAY
ALL PROCEEDINGS PENDING TRANSFER DECISION
BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

    The General Electric Defendants seek to stay this case pending a decision by the Judicial Panel on Multidistrict Litigation (JPML) on whether to include this case for MDL treatment. The JPML held oral argument on the MDL issue three weeks ago. The scheduling conference in this case will not be held for another month. No other proceedings are pending in this lawsuit. Given that judicial economy will not be substantially served by a stay given the present circumstances of this case, that Defendants believe a decision by the JPML is imminent, and that the Plaintiff has made a credible argument concerning the potential prejudice associated with a stay, the Court does not believe a stay is warranted at this point and will deny the motion without prejudice.

    Accordingly, it is hereby ORDERED that Defendants' Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation [filed January 9, 2008; doc #24] is **denied without prejudice**.

Dated at Denver, Colorado, this 22nd day of February, 2008.

BY THE COURT:

 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge