IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 07-cv-02542-REB-MEH | Date: March 7, 2008 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| DEBRA NECAS, | Jeffrey Peterson |
| Plaintiff, | |
| vs. | |
| GENERAL ELECTRIC COMPANY, | Charles Casteel |
| GE HEALTHCARE, INC., | Heidi Levine |
| GE HEALTHCARE, AS, and | |
| MALLINCKRODT, INC., | Daniel Wittenberg |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC MOTION HEARING**

**Court in session:** 9:50 a.m.

Court calls case. Appearances of counsel.

Discussion regarding Defendants' Notice of MDL Transfer Order and Motion to Vacate Scheduling Conference (Doc. #38, filed 3/5/08).

**ORDERED:** For reason stated on the record, Defendants' Motion to Vacate Scheduling Conference is GRANTED. The Scheduling Conference set for **March 17, 2008,** is VACATED.

**Court in recess:** 9:52 a.m. (Hearing concluded)
**Total time in court:** 0:02